FILED

MAY 30 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD VEJAR,<br><br>    Petitioner,<br><br>vs.<br><br>D.L. RUNNELS,<br><br>    Respondent. | C 05-4428 MJJ (PR)<br><br>**ORDER GRANTING<br>EXTENSION OF TIME**<br><br>**(Docket No. 33)** |

Good cause appearing, petitioner's request for an extension of time in which to pay the filing fee for his appeal is GRANTED.

This order terminates docket number 33.

IT IS SO ORDERED.

DATED: 5/30/08

SUSAN ILLSTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

VEJAR,

        Plaintiff,

v.

RUNNELS et al,

        Defendant.

Case Number: CV05-04428 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edward VeJar
Kern Valley State Prison
Prisoner Id T91148
P.O. Box 5101
A-7, #106
Delano, CA 93216-5101

Dated: June 3, 2008

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk